ROBERT W. SARNOFF et al., Appellants v. JOHN A. LOMBARDI, Individually and as Supervisor of the Town of North Castle, et al., Respondents, et al., Defendants.

Ughetta, Acting P. J., Christ, Brennan, Rabin and Munder, JJ., concur.